## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| David Leroy Bergstrom,<br><br>    Plaintiff,<br><br>v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 10-4911 (SRN/JJG)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

  The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. The defendant does not object.

  Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

  **IT IS HEREBY ORDERED** that Plaintiff's Application for Attorney Fees (Doc. No. 23) is **GRANTED** and Plaintiff is awarded $4,862.50 in attorney's fees.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  September 23, 2011    s/Susan Richard Nelson
                SUSAN RICHARD NELSON
                United States District Judge